JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL R. SPENGLER,<br><br>Petitioner,<br><br>v.<br><br>POMONA SUPERIOR COURT OF L.A. COUNTY, et al.,<br><br>Respondents. | Case No. CV 19-6167-DOC (SP)<br><br>**JUDGMENT** |

Pursuant to the Memorandum and Order Summarily Dismissing Petition,

IT IS HEREBY ADJUDGED that the Petition and this action are dismissed without prejudice.

DATED: November 22, 2019

HONORABLE DAVID O. CARTER
UNITED STATES DISTRICT JUDGE

1